No. ——. Original. *Ex parte:* IN THE MATTER OF HELEN C. SHECKELS, PETITIONER. Motion for leave to file petition for writ of mandamus submitted March 8, 1915. Decided March 15, 1915. Motion for leave to file petition for writ of mandamus denied. *Mr. John Raum* for the petitioner.

---

No. 201. LOUISVILLE & NASHVILLE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* L. M. RHODA, AS ADMINISTRATOR OF THE ESTATE OF CLARENCE RHODA, DECEASED. In error to the Supreme Court of the State of Florida. Argued March 16, 1915. Decided April 12, 1915. *Per Curiam.* Judgment reversed upon the authority of *Michigan Central R. R.* v. *Vreeland,* 227 U. S. 59; *American Railroad of Porto Rico* v. *Didricksen,* 227 U. S. 145; *Gulf, Colorado, &c. Ry.* v. *McGinnis,* 228 U. S. 173; *Garrett* v. *Louisville & Nashville R. R.,* 235 U. S. 308. *Mr. A. C. Blount, Mr. W. A. Blount, Mr. Benjamin D. Warfield* and *Mr. Henry L. Stone* for the plaintiff in error. *Mr. W. H. Watson* for the defendant in error.

---

No. 731. EDWARD A. PETERS, APPELLANT, *v.* HENRY L. FERRIS & HUNT, HELM, FERRIS & Co. Appeal from the District Court of the United States for the Eastern District of Wisconsin. Motion to dismiss submitted April 5, 1915. Decided April 12, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Covington* v. *First National Bank,* 185 U. S. 270; *Heike* v. *United States,* 217 U. S. 423; *United States* v. *Beatty,* 232 U. S. 463; see *Alexander* v. *United States,* 201 U. S. 117. *Mr. William G. Henderson* for the appellant. *Mr. Philip C. Dyrenforth, Mr. Francis M. Phelps* and *Mr. George A. Chritton* for the appellees.